# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TELAYA, LLC, an Idaho limited liability company, and EARL E. SULLIVAN, an individual,

*Plaintiff*

v.

CRUZ ESTATES LLC d/b/a DANON DEL SOL WINERY, a WA limited liability company, and VICTOR J. CRUZ and KIMBERLY CRUZ, husband and wife, and the marital community thereof,

*Defendant*

Civil Action No. CV-13-5075-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in the amount of $93,387.96 ($92,751.96 in actual damages, $636.00 in taxable costs) is entered in favor of Plaintiff and against Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Robert H. Whaley  on a motion for Entry of Judgment by Default which was granted in part.

Date: November 15, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson